IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL T. REVERE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-875-WKW |
| | ) [WO] |
| WANDA ROBINSON, DONTE | ) |
| GORDON, DONNIE BETHEL, | ) |
| and MICHAEL JAMES PERRY, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 16.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED; and

2. This case is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1).

A final judgment will be entered separately.

DONE this 13th day of September, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE